52 So.2d 887

**DIRECTOR, DEPARTMENT OF INDUS-
TRIAL RELATIONS v. Edith L.
COLEMAN.**

**5 Div. 338.**

Court of Appeals of Alabama.
April 17, 1951.

J. Eugene Foster and O. J. Goodwyn, of
Montgomery, for appellant.

A. Drew Redden, of Tallassee, for ap-
pellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

56 So.2d 894

**John ELLARD v. STATE.**

**7 Div. 157.**

Court of Appeals of Alabama.
Feb. 5, 1952.

Huel M. Love, Talladega, for appellant.

Si Garrett, Atty. Gen., M. Roland Nach-
man, Jr., Asst. Atty. Gen., and Wm. H.
Sanders, Montgomery, of counsel, for the
State.

HARWOOD, Judge.
Affirmed.

52 So.2d 887

**Mary FARLEY v. CITY OF BIRMINGHAM.**

**6 Div. 11.**

Court of Appeals of Alabama.
March 13, 1951.

Application for Rehearing Stricken
March 28, 1951, Sup.Ct. Rule 38, Code
1940, Tit. 7 Appendix.

Geo. E. Trawick, of Birmingham, for
appellant.

Chas. H. Brown, of Birmingham, for ap-
pellee.

HARWOOD, Judge.

Affirmed. Certiorari denied by Supreme
Court, 255 Ala. 696, 52 So.2d 884.

53 So.2d 892

**Melvin FENDLEY v. STATE.**

**7 Div. 57.**

Court of Appeals of Alabama.
April 10, 1951.

Rehearing Denied April 24, 1951.
Remanded for Sentence
June 29, 1951.

Roy D. McCord of Gadsden, for appel-
lant.

Si Garrett, Atty. Gen., and Jas. L.
Screws, Asst. Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.
Remanded for proper sentence.